EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 17 2003

at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES H. KOSI, JR.,<br><br>　　　　　　Defendant. | CR NO. CR03-00586 DAE<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1)] |

### I N D I C T M E N T

#### Count 1
(21 U.S.C. § 841(a)(1))

The Grand Jury charges that:

On or about November 21, 2003, in the District of Hawaii, defendant CHARLES H. KOSI, JR. knowingly and intentionally possessed with intent to distribute five (5) grams

or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### Count 2
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about November 21, 2003, in the District of Hawaii, defendant CHARLES H. KOSI, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce: a firearm, to wit: a Beretta .25 caliber, Model 21-A, Serial Number BAS 17034 V

//
//
//
//
//
//
//
//
//
//
//
//

and ammunition, to wit: eight (8) rounds of CCI .25 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: December 17, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. CHARLES H. KOSI, JR.
Cr. No.
"INDICTMENT"