MARK R. ZENGER, #3511
RICHARDS & ZENGER
P.O. Box 3966
Lihue, Hawaii 96766
Phone: (808) 632-0723

Attorney for Defendant
CHARLES H. KOSI, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 02 2006

at 4 o'clock and 21 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES H. KOSI, JR.,<br><br>　　　　Defendant. | CR. NO. 03-00586 (DAE)<br><br>**NOTICE OF MOTION;**<br>**MOTION OF DEFENDANT**<br>**CHARLES H. KOSI, JR.,**<br>**TO WITHDRAW GUILTY**<br>**PLEA ENTERED ON APRIL**<br>**5, 2005; MEMORANDUM**<br>**IN SUPPORT OF MOTION;**<br>**DECLARATION OF MARK R.**<br>**ZENGER; EXHIBIT "A";**<br>**CERTIFICATE OF SERVICE** |

**NOTICE OF MOTION**

TO:  WES PORTER, ESQ.
     Assistant United States Attorney
     District of Hawaii
     Room 6-100, PJKK Federal Bldg.
     300 Ala Moana Blvd., Box 50183
     Honolulu, Hawaii  96850

     Attorney for Plaintiff
     UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the following "MOTION OF

DEFENDANT CHARLES H. KOSI, JR., TO WITHDRAW GUILTY



PLEA ENTERED ON APRIL 5, 2005" will be presented for hearing before the Honorable David A. Ezra, Judge of the above-entitled Court, in Courtroom 435 located in the Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on Friday, March 3, 2006 at 1:30 p.m., of said day, or as soon thereafter as counsel may be heard.

    DATED: Lihue, Kauai, Hawaii, March 2, 2006.

                                    _____
                                    MARK R. ZENGER
                                    Attorney for Defendant
                                    CHARLES H. KOSI, JR.

---

NOTICE OF MOTION; United States District Court, District of Hawaii, U.S. v. Kosi, CR. NO. 03-00586 DAE.

---

MARK R. ZENGER, #3511
RICHARDS & ZENGER
P.O. Box 3966
Lihue, Hawaii 96766
Phone: (808) 632-0723

Attorney for Defendant
CHARLES H. KOSI, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES H. KOSI, JR.<br><br>Defendant. | CR. No. 03-00586 (DAE)<br><br>**MOTION OF DEFENDANT CHARLES H. KOSI, JR. TO WITHDRAW PLEA OF GUILTY ENTERED ON APRIL 5, 2005** |

**MOTION OF DEFENDANT CHARLES H. KOSI, JR.
TO WITHDRAW PLEA OF GUILTY ENTERED ON APRIL 5, 2005**

COMES NOW Defendant CHARLES H. KOSI, JR. (hereinafter "MR. KOSI") by and through his court-appointed attorney, Mark R. Zenger, and moves this Honorable Court to withdraw his guilty plea entered herein on April 5, 2005.

This motion is made pursuant to, *inter alia*, Rule 11 of the Federal Rules of Criminal Procedure and the

Ninth Circuit Court of Appeals recent decision in <u>United States v. Davis</u>, 485 F.3d 802 (9th Cir. 2005).

This motion is supported by the records and files herein, the attached Memorandum in Support of Motion, the Declaration of Mark R. Zenger dated March 1, 2006 and Exhibits "A" attached thereto (hereinafter collectively referred to as the "Zenger Declaration") and any and all evidence adduced and arguments presented at a hearing on this Motion.

DATED: Lihue, Kauai, Hawaii, March 2, 2006.

_____
MARK R. ZENGER
Attorney for Defendant
CHARLES H. KOSI, JR.

---

**MOTION OF DEFENDANT CHARLES H. KOSI, JR. TO WITHDRAW PLEA OF GUILTY ENTERED ON APRIL 5, 2005;** <u>U.S. v. Charles H. Kosi, Jr.</u>**, Cr. No. 03-00586 DAE.**

---

MARK R. ZENGER, #3511
RICHARDS & ZENGER
P.O. Box 3966
Lihue, Hawaii 96766
Phone: (808) 632-0723

Attorney for Defendant
MARTIN JONES (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 03-00586 (DAE) |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| CHARLES H. KOSI, JR. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served on the following persons via facsimile and hand delivery on the date shown below.

    WES PORTER, ESQ.
    Assistant United States Attorney
    District of Hawaii
    Room 6-100, PJKK Federal Bldg.
    300 Ala Moana Blvd., Box 50183
    Honolulu, Hawaii  96850

    Facsimile No: (808) 541-2958

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Lihue, Kauai, Hawaii, March 2, 2006.

_____
MARK R. ZENGER

---

CERTIFICATE OF SERVICE; United States District Court, District of Hawaii, <u>U.S. v. Charles H. Kosi, Jr.</u>, CR. NO. 02-00586 DAE.

---

2