# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00586DAE

CASE NAME:       USA v. Charles H. Kosi, Jr.

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

---

JUDGE:    David Alan Ezra          REPORTER:

DATE:     6/7/2006                 TIME:

---

COURT ACTION:   EO: Sentencing to Count 1 of the Indictment as to Defendant Charles H. Kosi, Jr.

AMENDED JUDICIAL RECOMMENDATIONS:  Medical Facility at Dallas Fort Worth, TX.  500 hour drug treatment program.  Mental health treatment.  Vocational and educational programs.

Submitted by:  Theresa Lam, Courtroom Manager