**ORIGINAL**

MARK R. ZENGER, #3511
Richards & Zenger
Attorneys At Law
P.O. Box 3966
Lihue, Hawaii 96766
Phone: (808) 632-0723

Attorney for Defendant
CHARLES H. KOSI, JR.,

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00586 DAE |
| Plaintiff, | **DEFENDANT CHARLES H. KOSI, JR.'S NOTICE OF APPEAL; EXHIBIT "A"; CERTIFICATE OF SERVICE** |
| vs. | |
| CHARLES H. KOSI, JR., | |
| Defendant. | |

### DEFENDANT CHARLES H. KOSI, JR.'S NOTICE OF APPEAL

Notice is hereby given pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure that Defendant CHARLES H. KOSI, JR., by and through his court-appointed attorney, Mark R. Zenger, Esq., hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Criminal Case and Sentence entered herein by the Honorable David A. Ezra on June 13,

2006, a true and correct copy of which is attached hereto and incorporated herein as Exhibit "A".

    Dated: Lihue, Hawaii, June 22, 2006.

                                      MARK R. ZENGER
                                      Attorney for Defendant
                                      CHARLES H. KOSI, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00586 DAE |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| CHARLES H. KOSI, JR., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, MARK R. ZENGER, hereby certify that, on June 22, 2006, a true and exact copy of the foregoing document was duly mailed and/or hand-delivered

to:  LORETTA SHEEHAN
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff-Appellee
UNITED STATES OF AMERICA

DATED: Lihue, Hawaii, June 22, 2006.

_____
MARK R. ZENGER
Attorney for Defendant
CHARLES H. KOSI, JR.