

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   U.S.A. vs. CHARLES H. KOSI, JR.
   **U.S. COURT OF APPEALS DOCKET NUMBER:**   06-10423
   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 03-00586 DAE

II  **DATE NOTICE OF APPEAL FILED:**   6/23/06

   RECEIVED
   CLERK U.S. DISTRICT COURT
   JUL 1 2 2006
   DISTRICT OF HAWAII

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**
   **DOCKET FEE PAID ON:**           **AMOUNT:**
   **NOT PAID YET:**                 **BILLED:**
   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**
   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?** Yes
   **IF YES, SHOW DATE:** Financial Affidavit, filed 12/9/03, CJA 11/1/05
   **WAS F.P. STATUS REVOKED:**      **DATE:**
   **WAS F.P. STATUS LIMITED IN SOME FASHION?**
   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)