RECEIVED
CLERK U.S. DISTRICT COURT
NOV -9 2006
DISTRICT OF HAWAII

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 0 6 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10423 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00586-DAE |
| v. | District of Hawaii, Honolulu |
| CHARLES H. KOSI, JR., | ORDER |
| Defendant - Appellant. | |

Appellee's motion for an extension of time to file the answering brief is granted. The answering brief is due December 13, 2006. The optional reply brief is due 14 days after service of the answering brief. Appellant remains obligated to correct the defects previously noted by the clerk.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 10.30