# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   February 27, 2007

To:    United States Court of Appeals        Attn:   ( )    Civil
       For the Ninth Circuit
       Office of the Clerk                           (✓)    Criminal
       95 Seventh Street
       San Francisco, California 94103              ( )    Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CR 03-00586DAE            Appeal No:    06-10423
Short Title:  USA vs. Charles H. Kosi, Jr.

Clerk's Files in        1        volumes  (✓) original  ( ) certified copy

Bulky docs                       volumes (folders)  docket #

Reporter's                       volumes  ( ) original  ( ) certified copy
Transcripts

Exhibits                         volumes  ( ) under seal

                                 boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: counsel