


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

May 14, 2007

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAY 1 6 2007
4:30
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-10423 | USA v. Kosi | CR-03-00586-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

Enclosure(s)
cc: All Counsel

INTERNAL USE ONLY: Proceedings include all events.
06-10423 USA v. Kosi

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Darren W.K. Ching<br>FAX<br>808/541-2850<br>Rm. 6100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| CHARLES H. KOSI, JR.,<br>    Defendant - Appellant | Mark R. Zenger, Esq.<br>808/632-0723<br>[COR LD NTC cja]<br>RICHARDS & ZENGER<br>P.O. Box 3966<br>Lihue, HI 96766 |