February 21, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**RECEIVED**
CLERK U.S. DISTRICT COURT
FEB 26 2008
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00586-DAE
**Appeal Number:** 06-10423
**Short Title:** USA v. Kosi

### Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 | | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 0 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| Other: | | | | | | | | |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  February 27, 2007

To:  United States Court of Appeals        Attn:  ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                          (✓)  Criminal
     95 Seventh Street
     San Francisco, California 94103             ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 03-00586DAE            Appeal No:    06-10423
Short Title:   USA vs. Charles H. Kosi, Jr.

Clerk's Files in     1          volumes  (✓) original  ( ) certified copy
Bulky docs                      volumes (folders)  docket #
Reporter's                      volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits                        volumes  ( ) under seal
                                boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

## MEMORANDUM

Date:   January 22, 2007

TO:   Clerk's Office
  USDC Hawaii (Honolulu)

MAR 21 2007

FROM:   Steve Seferian, Records Unit Supervisor

SUBJECT:   Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 06-10423 | USA v. Kosi | CR-03-00586-DAE |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103