ORIGINAL

**FILED**

JUN 09 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| CHARLES HENRY KOSI, | No. 08-71234 |
| --- | --- |
| Petitioner, | CORRECT CASE #: |
| | D.C. No. CR-03-00585-DAE  CR 03-00586 DAE |
| v. | District of Hawaii |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2008

at __ o'clock and ___ min. __ M.
SUE BEITIA, CLERK

Before: REINHARDT, BERZON and M. SMITH, Circuit Judges.

A review of the district court docket shows that petitioner has not previously filed a 28 U.S.C. § 2255 motion in the district court. Accordingly, the application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is denied as unnecessary.

The petitioner's original 28 U.S.C. § 2255 motion must be made to the district court. Accordingly, the Clerk shall transfer the motion to the United States District Court for the District of Hawaii.

Upon transfer of the motion, the Clerk shall close this original action.

lc/MOATT