ORIGINAL

CC: DAE

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
MAR 24 2008
FILED _____
DOCKETED 03/24/08 WT

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
95 Seventh Street
San Francisco, California 94103

Application for Leave to File Second or Successive Petition
Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 2255

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 13 2008
at 11 o'clock and 70 min A M.
SUE BEITIA, CLERK

Docket Number **08 71234**
(to be provided by court)

Petitioner's name  Charles Henry Kosi, Jr.

Prisoner registration number  #95078-022

CR 03-00586 DAE

Address  P.O. Box 33, Terre Haute, IN 47808

---

**Instructions - Read Carefully**

(1) This application, whether handwritten or typewritten, must be legible and signed by the petitioner under penalty of perjury. An original and five (5) copies must be provided to the Clerk of the Ninth Circuit. The application must comply with 9th Circuit Rule 22-3, which is attached to this form.

(2) All questions must be answered concisely. Add separate sheets if necessary.

(3) The petitioner shall serve a copy of this application and any attachments on respondent and must complete and file a proof of service with this application.

(4) The petitioner shall attach to this application copies of the magistrate judge's report and recommendation and the district court's opinion in any prior federal habeas proceeding under 28 U.S.C. § 2254 or § 2255 or state why such documents are unavailable to petitioner.

---

You *Must* Answer the Following Questions:

(1) What conviction(s) are you challenging?

21: 841 (a)(1) Controlled substance--sell, distribute, or dispense--methamphetamine

# EXHIBIT A

(2)   In what court(s) were you convicted of these crime(s)?

In the United States District Court for the District of Hawai'i (by Judge David A. Ezra).

(3)   What was the date of each of your conviction(s) and what is the length of each sentence?

05/25/2006--May 25, 2006. Sentenced to 142 months, supervised release; 5 years; special assessment: $100.00, count(s) 2, dismissed[Government's motion granted].

For questions (4) through (9), provide information separately for each of your previous §§ 2254 or 2255 proceedings. Use additional pages if necessary.

(4)   With respect to **each** conviction and sentence, have you ever filed a petition or motion for habeas corpus relief in federal court under **28 U.S.C. § 2254 or § 2255**?
Yes ☐    No ☒

(a) In which federal district court did you file a petition or motion? _____

(b) What was the docket number? _____

(c) On what date did you file the petition/motion? _____

(5)   What grounds were raised in your previous habeas proceeding?
(list all grounds and issues previously raised in that petition/ motion)

_____

(6)   Did the district court hold an evidentiary hearing? Yes ☐    No ☒

(7) How did the district court rule on your petition/motion?

☐ District court **dismissed** petition/motion? If yes, on what grounds?

_____

☐ District court **denied** petition/motion;

☐ District court **granted** relief;
if yes, on what claims and what was the relief?

_____

**(Attach copies of all reports and orders issued by the district court.)**

(8) On what date did the district court decide your petition/motion?
    April 16, 2007

(9) Did you file an appeal from that disposition? Yes ☒   No ☐

    (a) What was the docket number of your appeal? No. 06-10423

    (b) How did the court of appeals decide your appeal? Affirmed
    _____

(10) State concisely each and every ground or issue you wish to raise in your current petition or motion for habeas relief. Summarize briefly the facts supporting each ground or issue.
     Withdraw of Guilty Plea; entered on April 5, 2005.
     Ineffective Assistance of Counsel
     Motion to Suppress

(11) For each ground raised, was it raised in the state courts? If so, what did the state courts rule and when?

_____

(12) For each ground/issue raised, was this claim raised in any prior federal petition/motion? (list each ground separately)
     Motion to Withdraw Guilty Plea
     Motion to Suppress

(13) For each ground/issue raised, does this claim rely on a new rule of constitutional law? (list each ground separately and give case name and citation for each new rule of law)

_____

_____

(14) For each ground/issue raised, does this claim rely on newly discovered evidence? What is the evidence and when did you discover it? Why has this newly discovered evidence not been previously available to you? (list each ground separately)

_____

_____

_____

(15) For each ground/issue raised, does the newly discovered evidence establish your innocence? How?

There is reasonable probability, but for Counsel's errors, I would not have pleaded guilty and went to trial.

(16) For each ground/issue raised, does the newly discovered evidence establish a federal constitutional error? Which provision of the Constitution was violated and how?

Hill v. Lockhart, 474 U.S. 52 (1985)
US Supreme Court ruling: defendant may bring collateral attack on validity of plea.

(17) Provide any other basis for your application not previously stated.

_____

_____

Date: March 17, 2008    Signature: *Charles Henry Kaai*

Proof of Service on Respondent MUST be Attached.

Proof Of Service

I declare under penalty of perjury that all of the statements made in this "Proof of Service" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in this Certificate.

This Certificate was executed on March 17, 2008
At USP Terre Haute, IN.

Charles Henry Kosi, Jr.
*Charles Henry Kosi*