:DAE

ORIGINAL

**FILED**

UNITED STATES COURT OF APPEALS

JUN 09 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES HENRY KOSI,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 08-71234  **CORRECT CASE #:**<br><br>D.C. No. CR-03-00585-DAE  CR 03-00586 DAE<br>District of Hawaii<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2008

at __11__ o'clock and __10__ min. A .M.
SUE BEITIA, CLERK

Before: REINHARDT, BERZON and M. SMITH, Circuit Judges.

A review of the district court docket shows that petitioner has not previously filed a 28 U.S.C. § 2255 motion in the district court. Accordingly, the application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is denied as unnecessary.

The petitioner's original 28 U.S.C. § 2255 motion must be made to the district court. Accordingly, the Clerk shall transfer the motion to the United States District Court for the District of Hawaii.

Upon transfer of the motion, the Clerk shall close this original action.

lc/MOATT

**EXHIBIT B**